UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOSE A. YANEZ and LISSY YANEZ,** | Case No.  2:19-120 |
| **PLAINTIFFS,** | |
| v. | **JURY TRIAL DEMANDED** |
| **FARMON S. SAQRIEV and ASA LOGISTICS, INC.,** | **ELECTRICALLY FILED** |
| **DEFENDANTS.** | |

**STIPULATION FOR DISMISSAL UNDER F.R.C.P. 41(a)**

AND NOW, come the parties by and through their undersigned counsel who stipulate, acknowledge, and agree that the above-captioned action, including but not limited to all claims, counterclaims and causes of action that each party has brought and/or could have brought against the other party, are hereby dismissed with prejudice and the above-captioned action should be marked "SETTLED AND DISCONTINUED".

Respectfully submitted,

| | |
|---|---|
| *s/George R. Farneth II, Esquire* | *s/James M. Girman, Esquire* |
| George R. Farneth II, Esquire, | James M. Girman, Esquire, |
| Counsel for Plaintiffs, | Counsel for Defendants, |
| Jose A. Yanez and Lissy Yanez | Farmon S. Saqriev and ASA Logistics, Inc. |
| | |
| Date: March 16, 2021 | Date: 3/17/21 |
| | SO ORDERED: |
| | s/ David S. Cercone |
| | Sr. U.S. District Judge |